UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KERI KORFMANN and
BERNARD KORFMANN,

    Plaintiffs,

v.                                                                  Case No.: 2:23-cv-361-SPC-KCD

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Defendant Scottsdale Insurance Company removed this case to federal court believing there was diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1.) It has since come to light that the damages are less than the jurisdictional threshold. Thus, the parties jointly seek a remand back to state court. (Doc. 8.)

After reviewing the motion and docket, the Court agrees that remand is proper. Accordingly, it is **ORDERED**:

    1.    The Joint Motion to Remand to State Court (Doc. 8) is **GRANTED**.

    2.    This action is remanded to the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida.

    3.    The Clerk is directed to transmit a certified copy of this Order to the clerk of court for the Twentieth Judicial Circuit in and for Charlotte

County, Florida. Following remand, the Clerk is directed to deny any pending motions, terminate all deadlines, and close the case.

**ENTERED** in Fort Myers, Florida on May 26, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record